**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 06-7637**

_____

CHAD BYERS,

Plaintiff - Appellant,

versus

VANESSA ADAMS,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (1:05-cv-01226-JCC)

_____

Submitted: December 14, 2006          Decided: December 22, 2006

_____

Before MICHAEL, GREGORY, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Chad Byers, Appellant Pro Se. Ralph Andrew Price, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chad Byers, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we deny as unnecessary Byers' motion for a certificate of appealability, and we affirm for the reasons stated by the district court. Byers v. Adams, No. 1:05-cv-01226 (E.D. Va. Aug. 9, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED